IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUGUSTA SANDINO CHRISTIAN
NAMPHY, DREAM DEFENDERS,
NEW FLORIDA MAJORITY,
ORGANIZE FLORIDA, and
FLORIDA IMMIGRANT
COALITION,**

        *Plaintiffs*,

v.                            Case No.  4:20cv485-MW/MAF

**RON DESANTIS, in his official
Capacity as Governor of the State
of Florida, and LAUREL M. LEE,
in her official capacity as Florida
Secretary of State,**

        **Defendant.**
_____/

## ORDER SETTING CONFERENCE SCHEDULE

Plaintiffs have filed their Complaint for Emergency Injunctive and Declaratory Relief. ECF No. 1[1]. In order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1.    The attorneys for both parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing

---

[1] Plaintiffs have also filed a motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 3. This Court will address Plaintiffs' request for Temporary Restraining Order by separate order.

1

on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

2. The Clerk shall set this matter for a telephonic scheduling conference on Wednesday, October 7, 2020, at 8:30 a.m. (EDT).

3. Defendant Ron Desantis's General Counsel or designee and Defendant Laurel Lee's General Counsel or designee must appear on behalf of Defendants.

4. Plaintiffs shall serve Defendant Desantis's General Counsel and Defendant Lee's General Counsel with a copy of this order before the close of business today.

**SO ORDERED on October 6, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
