UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Augusta Sandino Christian NAMPHY, *et al.,*
    *Plaintiffs*,

v.                                                Case No.: 4:20-cv-00485-MW-MAF

Ron DESANTIS, *et al.*,
    *Defendants*.
_____/

## **DECLARATION OF SCOTT MAYNOR**

I, Scott Maynor, according to 28 U.S.C. § 1746, hereby state:

1.     My name is Scott Maynor. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I am the Deputy Chief Information Officer. In this capacity I oversee the functioning of the Online Voter Registration system. I have been involved in or overseeing the system since its inception in 2017. I also oversaw some of its development.

3.     The system never crashed on October 5, 2020, book closing for the 2020 General Election. The system experienced a tremendous slowdown due to overwhelming and significant traffic attempting to enter the system at the same time. This traffic created a bottleneck but not a stoppage. Throughout the slowdown, applicants were successfully submitting applications.

4. The online voter registration system is used to make any one of three kinds of "submissions:" a new registration, an update to an existing registration, or a request for a registration card. Thus, not every one of the systems users is actually trying to register to vote. County Supervisors of Elections determine the final status of any submission the Online Voter Registration system supplies to them.

5. Prior to the slowdown, traffic attempting to enter the system was normal. For example, just after midnight on October 4, 2020, about 1,000 people submitted applications, followed by a drop off, and then a steady but slow climb throughout the day on the 5th to a peak of almost 8,000 submissions during a single polling hour. This is expected on book closing day and the system is well-equipped to handle it.

6. At 4:38 p.m. on October 5, 2020 however, there was a significant and perceptible loss of traffic able to be processed by the system. Submissions dropped significantly from almost 8,000 submissions an hour, to 949 submissions   By around 4:58 p.m., the pipelines within the system were completely saturated.

7. We determined that the problem was a bottleneck, rather than some other reason, because of the number of submissions explained above, compared to the number of unique visitors attempting to enter the system, and the requests per hour. During the peak of the slowdown, there were around 49,000 unique visitors attempting to enter the system simultaneously and against peak, there were 1.1

million requests. I need to explain the difference between requests and unique visitors. The number of requests does *not* equal the number of individuals attempting to use the system. The number of requests reflects users hitting refresh over and over again. There were only around 49,000 unique users – unique IP addresses – attempting to enter the system.

8. Traffic attempting to enter the system did not begin to drop off until close to midnight. The system began to recover around 1:30 a.m. on October 6, 2020.

9. These are the total submissions on and around October 5, 2020:

   a. October 4, 2020 – 58,896

   b. *October 5, 2020 –70,099  * Book closing

   c. October 6, 2020 – approximately 50,000

10. These are the total submissions on and around book closing for the 2018 General Election:

   a. October 8, 2018 – 25,176

   b. *October 9, 2018 – 60,624 * Book closing

I say nothing further.

On October 7, 2020, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

/s/ *Scott*

Scott Maynor