## DECLARATION OF TERESA GUZMAN PAGAN

I, **TERESA GUZMAN PAGAN**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and fully competent two make this declaration.

2. I am the Senior Voter Registration Manger of NEW FLORIDA MAJORITY EDUCATION FUND ("NewFM"), an independent, non-partisan, and non-profit organization.

3. I have held this position for a year and a half.

4. In my position, I supervise over 200 voter registration canvassers and I manage NewFM's voter registration, voter education, and voter outreach programs.

5. On October 5, 2020, I supervised 200 canvassers who were fully remote doing voter registration outreach in six counties. Around 5:00 p.m., we were preparing to help with follow up on voter registration applications for the people we engaged during the day.

6. We could not complete this follow up, including quality control and other processes, on those new registrations due to the OVR crash.

7. Instead, we also started doing troubleshooting and trying to understand the extent of the crash, talking to local and national partners and election officials.

8. On Tuesday, only a small team of us – only two or three people – were working. The rest of our 200+ canvassing team members were taking a day off. They have been at it for weeks. Some were finally going to dentist appointments and so forth.

9. So when the extension happened around 1:00 p.m., we were caught off guard. We tried to bring as many canvassing team members back as we could. But we were unable to staff up fully to do the follow up with the people did not complete their registrations on Monday night.

10. We need additional time to follow up with the people from Monday.

RESPECTFULLY SUBMITTED

Miami, Florida

October 7, 2020


Teresa Guzman Pagan
Printed Name


*s/Teresa Guzman Pagan*
Signature