## **DECLARATION OF KEVIN M. BENEDICTO**

Pursuant to 28 U.S.C. § 1746, I, Kevin M. Benedicto, declare as follows:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am an attorney in good standing with the State of California and a Voting Rights Fellow at the Lawyers' Committee for Civil Rights Under Law. In this capacity I review notes and records of calls made by voters to the Election Protection Hotline (866-Our-Vote), including those made by Florida residents.

3. The national, nonpartisan Election Protection coalition works year-round to ensure that all voters have an equal opportunity to vote and have that vote count. Made up of more than 100 local, state and national partners, Election Protection uses a wide range of tools and activities to protect, advance and defend the right to vote.

4. Election Protection provides Americans from coast to coast with comprehensive information and assistance at all stages of voting - from registration, to absentee and early voting, to casting a vote at the polls, to overcoming obstacles to their participation. Election Protection helps voters make sure their vote is counted through a number of resources, including:

    a. A suite of voter helplines administered by coalition members:

       English: 866-OUR-VOTE - Lawyers' Committee for Civil Rights Under Law

       Spanish/English: 888-VE-Y-VOTA - NALEO Educational Fund

       Arabic/English: 844-YALLA-US - Arab American Institute (AAI)

       Asian Languages/English: 888-API-VOTE - APIAVote & Asian Americans Advancing Justice (AAJC)

    b. Voter protection field programs: legal - managed by the Lawyers' Committee for Civil Rights Under Law and grassroots managed by Common Cause

1

      c. Digital outreach tools: including 866ourvote.org, @866ourVote, and facebook.com/866OurVote

5. Throughout the election cycle, Election Protection volunteers provide voter information, document problems they encounter when voting and work with partners and volunteers on the ground to identify and remove barriers to voting. Election Protection focuses on the voter - not on the political horse race - and provides guidance, information and help to any American, regardless of his or her voting choices. The volunteers are also trained and instructed to maintain accurate and contemporaneous notes of their calls with voters and enter those notes into a database, and do so in the ordinary course of business.

6. On October 5, 2020, I reviewed the notes of calls made by Florida residents on October 5, 2020 reporting issues with Florida's online voter registration portal.

7. Based on my review of call notes, the Election Protection Hotline received at least 17 calls on October 5, 2020 reporting technical and access issues related to Florida's online voter registration portal. Based on the reports of these calls, the callers identified themselves as being from ten different Florida counties, including Broward, Duval, Lake, Lee, Miami-Dade, Orange, Osceola, Palm Beach, Polk, and Volusia counties.

8. The Florida Department of State announced an extension of the voter registration deadline to October 6, 2020 at 7:00 p.m. due to the problems experienced by the online voter registration system on October 5, 2020 (the final day for voter registration in Florida ahead of the November 3, 2020 general election).

9. On October 7, 2020, I reviewed notes of additional calls to the Election Protection Hotline (866-Our-Vote) that were placed on October 6-7, 2020. During this period, callers were reporting continued technical and access issues with Florida's online voter registration portal that prevented them from completing their voter registrations.

10. I reviewed the notes of a call made at 9:41 a.m. on October 5, 2020 that described a caller in Orange County, who just became a citizen, and was not able to register to vote due to error messages on the online voter registration portal.

11. I reviewed the notes of a call made at 4:32 p.m. on October 5, 2020 that described a caller in Miami-Dade County who could not access the online voter registration portal in order to register to vote, despite trying the prior day, and was unable to register online.

12. I reviewed the notes of a call made at 5:39 p.m. on October 5, 2020 that described a caller in Miami-Dade County who was unable to access the online voter registration portal in order to register to vote, despite trying multiple times.

13. I reviewed the notes of a call made at 6:16 p.m. on October 5, 2020 that described a caller in Volusia County who attempted to access the online registration portal in order to register to vote unsuccessfully over a period of several days.

14. I reviewed the notes of a call made at 7:07 p.m. on October 5, 2020 that described a caller in Lake County who attempted to access the online registration portal in order to register to vote, receiving an error message on the web site.

15. I reviewed the notes of a call made at 7:01 p.m. on October 5, 2020 that described a caller in Broward County who attempted to access the online registration portal in order to register to vote, but was unable to access the online registration portal, even after 45 minutes or more of attempts to load the page. I followed up telephonically with this individual on October 6, 2020, and even though they tried to register again several times on October 6, 2020, the web site continued to be nonresponsive and experienced technical errors preventing registration, and the caller told me that they were not able to successfully register to vote, even with the extended deadline.

16. I reviewed the notes of a call made at 6:51 p.m. on October 6, 2020 that described a caller in Martin County who had attempted to register on the online registration portal several times that day, and was unable to successfully register due to technical issues with the web site.

17. I reviewed the notes of a call made at 5:23 p.m. on October 6, 2020 that described a caller in Broward County who was unable to update their voter registration on the online registration portal due to technical issues and error messages on the web site..

18. I reviewed the notes of a call made at 4:39 p.m. on October 6, 2020 that described a caller in Charlotte County who could not complete their registration on the online registration portal due to technical issues and error messages on the web site.

19. I reviewed the notes of a call made at 2:10 p.m. on October 7, 2020 that described a caller in Pasco County who could not complete their registration on the online registration portal due to technical issues and error messages on the web site; the notes show the caller describing that the web site "froze up," preventing them from registering to vote.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October, 2020, in San Francisco, California.

_____

Kevin M. Benedicto