IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUGUSTA SANDINO CHRISTIAN
NAMPHY, DREAM DEFENDERS,
NEW FLORIDA MAJORITY,
ORGANIZE FLORIDA, and
FLORIDA IMMIGRANT
COALITION,**

      *Plaintiffs*,

v.                               CASE NO.:  4:20cv485-MW/MAF

**RON DESANTIS, in his official
Capacity as Governor of the State
of Florida, and LAUREL M. LEE,
in her official capacity as Florida
Secretary of State,**

      *Defendants*.
_____/

## ORDER STRIKING BELATED FILINGS

On October 8, 2020, this Court heard oral argument on Plaintiffs' motion for preliminary injunction. At the hearing, this Court granted Defendant Lee's oral motion to strike Plaintiffs' Notice of Supplemental Declaration of Nicholas Ritchey, ECF No. 28, as untimely. Because this Court struck Plaintiffs' belated affidavit, it also strikes Defendant Lee's Notice of Filing Hourly Over Data, ECF No. 29.

This Court will consider only the parties' papers and evidence filed by the Court's deadlines set at a telephonic scheduling conference on October 7, 2020. For this reason, this Court did not call live witnesses during the preliminary injunction

1

hearing, even though Defendant Lee was prepared to produce Ms. Matthews and Mr. Maynor upon this Court's request, ECF No. 20.

**SO ORDERED on October 8, 2020.**

**s/Mark E. Walker**  
**Chief United States District Judge**
