# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DREAM DEFENDERS, NEW FLORIDA
MAJORITY, ORGANIZE FLORIDA,
and FLORIDA IMMIGRANT
COALITION,

       Plaintiffs,

          v.

LAUREL M. LEE, in her official capacity
as Florida Secretary of State,

       Defendants.

Case No. 4:20-cv-485

Judge Walker

## Notice of Dismissal
## Federal Rule of Civil Procedure 41

Please take notice that Plaintiffs Dream Defenders, New Florida Majority

Education Fund, Organize Florida Education Fund, and Florida Immigrant

Coalition hereby dismiss this action pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i). No defendant has filed a responsive pleading complaint or filed a

motion for summary judgment and this dismissal is therefore as of right pursuant to

Rule 41(a)(1)(A)(i).

Dated: October 9, 2020

Respectfully Submitted,

*s/ Kira Romero-Craft*

JEFFREY A. MILLER
Arnold & Porter Kaye Scholer
3000 El Camino Real
Five Palo Alto Square | Suite 500
Palo Alto, CA 94306-2112
(650) 319-4538
jeffrey.miller@arnoldporter.com

JEREMY KARPATKIN
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202) 942-5000
jeremy.karpatkin@arnoldporter.com

CHIRAAG BAINS*
Dēmos
740 6th Street NW, 2nd Floor
Washington, DC 20001
(202) 864-2746
cbains@demos.org

STUART NAIFEH*
ADAM LIOZ*
Dēmos
80 Broad St, 4th Floor
New York, NY 10004
(212) 485-6055
snaifeh@demos.org
alioz@demos.org

*Attorneys for Plaintiffs*

KIRA ROMERO-CRAFT
(FL SBN 49927)
LatinoJustice PRLDEF
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
kromero@latinojustice.org

GILDA DANIELS*
JORGE VASQUEZ*
JENNIFER LAI-PETERSON*
SHARION SCOTT*
JESS UNGER*
Advancement Project National Office
1220 L Street N.W., Suite 850
Washington, D.C. 20005
(202) 728-9557
gdaniels@advancementproject.org
jvasquez@advancementproject.org
jlaipeterson@advancementproject.org
sscott@advancementproject.org
junger@advancementproject.org

*\*Application for admission pro hac vice forthcoming*