# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DREAM DEFENDERS,
NEW FLORIDA MAJORITY,
ORGANIZE FLORIDA, and
FLORIDA IMMIGRANT
COALITION,
        *Plaintiffs*,

v.                                  CASE NO.:  4:20cv485-MW/MAF

RON DESANTIS, in his official
Capacity as Governor of the State
of Florida, and LAUREL M. LEE,
in her official capacity as Florida
Secretary of State,

        *Defendants*.
_____/

## ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

The remaining plaintiffs have filed a Notice of Voluntary Dismissal[1] dismissing this action without prejudice.  ECF No. 38.  Inasmuch as the defendants have not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk shall close the file.

**SO ORDERED on October 13, 2020.**

                                          **s/Mark E. Walker          **
                                          **Chief United States District Judge**

---

[1] Dismissal is without prejudice unless Plaintiffs' notice states otherwise. Fed. R. civ. P. 41(a)(1)(B).